FILED

FEB 15 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | 1:10SW00274 DLB |
| ) | 1:10SW00275 DLB |
| SEARCH WARRANTS AUTHORIZED TO ) | |
| SEARCH: ) | |
| ) | ORDER TO UNSEAL |
| Derrel's Mini Storage ) | |
| Unit #30 ) | |
| 3245 S. Chestnut Avenue ) | |
| Fresno, California; and ) | |
| ) | |
| 11150 E. California Avenue ) | |
| Sanger, California ) | |

The United States having applied to this Court for an order to unseal the search warrants, search warrant applications and affidavits in the above-captioned proceedings, and good cause appearing thereof,

IT IS SO ORDERED, that the search warrants, search warrant applications and affidavits in the above-entitled proceedings, together with the Application of the United States Attorney and Memorandum and Declaration in Support thereof, shall be unsealed and may now be disclosed in connection with pending criminal proceedings.

DATED: February 15, 2011

*Sheila K. Oberto*
SHEILA K. OBERTO
U.S. Magistrate Judge

1